IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A," <br><br> Defendants. | Case No. 25-cv-02136 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge M. David Weisman** |

**PRELIMINARY INJUNCTION ORDER**

Plaintiff Warner Bros. Entertainment Inc. ("Plaintiff" or "WBEI") filed a Motion for Entry of a Preliminary Injunction as to Certain Defendants ("Motion'), against Defendant Nos. 3, 5-6, 10-16, 18-21, 23-24, 26, 29-33, 36, 38, 40-42, 44-46, 49, 51-52, 54, 56-59, 62-63, 65, 67-69, 71-79, 81-83, 85, 87-99, 101-105, 109, 111-113, 115, 117, 119-120, 123-127, 129, 132, 134, 137-138, 142-161, 164-166, 169, 171-172, 174-178, 181-183, and 189-191, who operate the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, "Defendants") and the online marketplace accounts identified in Schedule A (the "Seller Aliases"). After reviewing the Motion and the accompanying record, this Court GRANTS WBEI's Motion in part as follows.

This Court finds WBEI has provided notice to Defendants in accordance with the Temporary Restraining Order entered March 10, 2025, [20] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

---

[1] The e-commerce store urls are listed on Schedule A hereto.

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, WBEI has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer shipping to the United States, including Illinois, and have sold products bearing unauthorized copies of Plaintiff's copyrighted works, including the distinctive characters embodied therein (the "HP Copyrighted Works") and/or using infringing and counterfeit versions of WBEI's federally registered trademarks (the "HP Trademarks") to residents of Illinois. In this case, WBEI has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using infringing versions of the HP Copyrighted Works and/or counterfeit versions of the HP Trademarks. *See* Docket No.[14], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its counterfeit goods to customers in Illinois bearing infringing and/or counterfeit versions of the HP Trademarks and/or HP Copyrighted Works.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of WBEI's previously granted Motion for Entry of a TRO establishes that WBEI has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that WBEI will suffer irreparable harm if the injunction is not granted.

Specifically, WBEI has proved a *prima facie* case of trademark infringement because (1) the HP Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the HP Trademarks, and (3) Defendants' use of the HP Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with WBEI. WBEI has also proved a *prima facie* case of copyright infringement because it has demonstrated that (1) WBEI owns the valid and enforceable HP Copyrighted Works, and (2) Defendants, without any authorization from WBEI, or under any right under law, have deliberately copied, displayed, distributed, reproduced, and/or made derivative works incorporating the HP Copyrighted Works on the Seller Aliases and the corresponding unauthorized products. Furthermore, Defendants' continued and unauthorized use of the HP Trademarks and/or HP Copyrighted Works irreparably harms WBEI through diminished goodwill and brand confidence, damage to WBEI's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, WBEI has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:
    a. using the HP Trademarks or any reproductions, counterfeit copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising,

offering for sale, or sale of any product that is not a genuine WBEI product or not authorized by WBEI to be sold in connection with the HP Trademarks;

a. reproducing, distributing copies of, making derivative works of, or publicly displaying the HP Copyrighted Works in any manner without the express authorization of WBEI;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine WBEI product or any other product produced by WBEI, that is not WBEI's or not produced under the authorization, control, or supervision of WBEI and approved by WBEI for sale under the HP Trademarks and/or HP Copyrighted Works;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of WBEI, or are sponsored by, approved by, or otherwise connected with WBEI; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for WBEI, nor authorized by WBEI to be sold or offered for sale, and which bear any of WBEI's Trademarks and/or HP Copyrighted Works, or any reproductions, counterfeit copies, or colorable imitations and/or which bear the HP Copyrighted Works.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3.

4. Upon WBEI's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of

4

Defendants' Seller Aliases, including, without limitation, any online marketplace platforms such as Alibaba Group Holding, Ltd ("Alibaba"), Amazon.com, Inc. ("Amazon"), eBay, Inc. ("eBay"), WhaleCo, Inc. ("Temu"), and Walmart, Inc. ("Walmart") (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to WBEI expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Seller Aliases and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Seller Aliases; and

c. any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Alibaba, Amazon, Ant Financial Services Group ("Ant Financial"), eBay, Payoneer Global, Inc. ("Payoneer"), PayPal, Inc. ("PayPal"), Stripe, Inc. ("Stripe"), Temu, and Walmart, or other merchant account

    providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon WBEI's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 4, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the HP Trademarks and/or HP Copyrighted Works.

6. Any Third Party Providers, including Alibaba, Amazon, Ant Financial, eBay, Payoneer, PayPal, Temu, and Walmart shall, within seven (7) calendar days of receipt of this Order:

    a. locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Paul Varley, and any e-mail addresses provided for Defendants by third parties; and

    b. restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

7. Schedule A to the Complaint [2], Exhibit 3 to the Declaration of Paul Varley [14], and the Temporary Restraining Order [20] are unsealed.

8. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9. The one hundred and thirty-four thousand dollar ($134,000.00) bond posted by WBEI shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

_____
Thomas M. Durkin
United States District Judge

Dated: April 7, 2025

**Warner Bros. Entertainment Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" – Case No. 25-cv-02136**

**Schedule A**

| No. | Seller Alias | Infringement Type | URL |
|---|---|---|---|
| 3 | Aiptosy | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A1WZ6UNUIFIA31 |
| 5 | BOZICRE | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2NJPULQ6LL4TS |
| 6 | CENNUOHOME | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A3RLD4RXU45L6Z |
| 10 | FrereFeter Gifts | Trademark only | https://www.amazon.com/sp?seller=A2CKP9HWXH36BN |
| 11 | DISMISSED | DISMISSED | DISMISSED |
| 12 | Home-Tao Décor | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A55ANJRWH03L1 |
| 13 | Howaf US | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A1F722XP9T0479 |
| 14 | huasheng001 | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2RG5IL3F4DUBU |
| 15 | JINGSHANG | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A1NPH0PWYFRNY2 |
| 16 | JINHOPOSTER | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A338C8ODCPNT4M |
| 18 | KimSoong | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A3FEXCZ8JU7QX8 |
| 19 | LapThanh | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=AFLECNFQC59PE |
| 20 | lichengqulitingtingmaoyi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A1PVX2AKZEAPC0 |
| 21 | liuhaojiee | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=AG9GC9YRO2BA6 |
| 23 | mengyaus | Trademark only | https://www.amazon.com/sp?seller=A3V63SUTIVDZET |
| 24 | NGUYENVANTU1981 | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A1G5BTTJHQEJ2Y |
| 26 | putianxipikejiyouxiangongsi | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A3RHXRHG75JUJV |
| 29 | Rruixing | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A3OXBWN4GCKKZY |
| 30 | Semisun | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A3S4CHF8H14O6V |
| 31 | SHANWENN | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2S7835IIGDEQN |

| | | | |
|---|---|---|---|
| 32 | DISMISSED | DISMISSED | DISMISSED |
| 33 | ShuanQ | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A301CNNILDN6LI |
| 36 | DISMISSED | DISMISSED | DISMISSED |
| 38 | wenxianhongpanzhixiechang | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A107G2ELBL8CRB |
| 40 | YY_Clo | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=AH5YSIGMH3FFQ |
| 41 | zhuhaishixiqimaoyizhongxin | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A127FP1WXI4HTT |
| 42 | zylegen | Trademark only | https://www.amazon.com/sp?ie=UTF8&seller=A2J4DYMTBSIXKR |
| 44 | clothfusion.com | Trademark only | https://www.clothfusion.com/ |
| 45 | Devil Inspired | Trademark only | https://www.devilinspired.com/ |
| 46 | DOVEPRINTS | Trademark only | https://doveprints.com/ |
| 49 | heartcasa | Trademark only | https://heartcasa.com/ |
| 51 | Merchill | Trademark only | https://merchill.com/ |
| 52 | Reallgraphics | Trademark only | https://www.reallgraphics.com |
| 54 | saloreea | Trademark only | https://saloreea.com/ |
| 56 | Tonytees | Trademark only | https://tonytees.com/ |
| 57 | DISMISSED | DISMISSED | DISMISSED |
| 58 | Artistic Reverie HA | Trademark only | https://www.temu.com/artistic--ha-m-634418219958528.html |
| 59 | BINGE Wall Art | Trademark only | https://www.temu.com/-wall-art-m-634418219005374.html |
| 62 | foteees | Trademark only | https://www.temu.com/foteees-m-634418219479248.html |
| 63 | Fun clothing items | Trademark only | https://www.temu.com/fun-clothing-items-m-634418219312884.html |
| 65 | Future clothing warehouse | Trademark only | https://www.temu.com/-warehouse-m-634418219134156.html |
| 67 | Hemitong | Trademark only | https://www.temu.com/hemitong-m-634418219055983.html |
| 68 | Huijun shop | Trademark only | https://www.temu.com/-shop-m-634418218419690.html |
| 69 | Joy Time Collection | Trademark only | https://www.temu.com/-collection-m-634418219490041.html |

9

| | | | |
|---|---|---|---|
| 71 | Lady fashion capital | Trademark only | https://www.temu.com/--m-634418219466621.html |
| 72 | Leopard Ang | Trademark only | https://www.temu.com/tdkl--m-634418219094518.html |
| 73 | LMM Boutique | Trademark only | https://www.temu.com/lmm-boutique-m-634418219184282.html |
| 74 | Luckiness A | Trademark only | https://www.temu.com/-a-m-634418219884725.html |
| 75 | LYSH Shop | Trademark only | https://www.temu.com/liyushenghua-m-634418212884061.html |
| 76 | Meaningful Time | Trademark only | https://www.temu.com/meaningful-time-m-634418219490963.html |
| 77 | MXKJ | Trademark only | https://www.temu.com/mxkj-m-634418219546359.html |
| 78 | Style Wings | Trademark only | https://www.temu.com/-m-634418218242034.html |
| 79 | T E N | Trademark only | https://www.temu.com/t-e-n-m-634418219087446.html |
| 81 | Time Fun Leisure | Trademark only | https://www.temu.com/time-fun-leisure-m-634418219491135.html |
| 82 | Wulou | Trademark only | https://www.temu.com/-m-634418215008187.html |
| 83 | DISMISSED | DISMISSED | DISMISSED |
| 85 | He Le Kang food pin co., ltd | Trademark only | https://www.walmart.com/global/seller/102499712 |
| 87 | jinanshuaiyinshangmao | Trademark only | https://www.walmart.com/global/seller/101692544 |
| 88 | KunMingKuanYongShangMao | Trademark only | https://www.walmart.com/global/seller/102481759 |
| 89 | lingchuanchuanhuo | Trademark only | https://www.walmart.com/global/seller/101695220 |
| 90 | liweidianzishangwu | Trademark only | https://www.walmart.com/global/seller/102616181 |
| 91 | MHFTEE | Trademark only | https://www.walmart.com/global/seller/102660392 |
| 92 | SHIRT VIS | Trademark only | https://www.walmart.com/global/seller/102661535 |
| 93 | Shirt-Wal | Trademark only | https://www.walmart.com/global/seller/102661424 |
| 94 | TEE-H | Trademark only | https://www.walmart.com/global/seller/102664358 |
| 95 | tengfly store | Trademark only | https://www.walmart.com/global/seller/101668473 |
| 96 | Trend Frontline | Trademark only | https://www.walmart.com/global/seller/102572528 |

| | | | |
|---|---|---|---|
| 97 | YanTaiLiYiNan | Trademark only | https://www.walmart.com/global/seller/101629988 |
| 98 | YOUJUNTANG | Trademark only | https://www.walmart.com/global/seller/102484972 |
| 99 | AHAAHA FINE PRODUCTS | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A36F34OHUBP310 |
| 101 | DISMISSED | DISMISSED | DISMISSED |
| 102 | Best motoring | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2WB7MR47KAFW3 |
| 103 | BINGO3 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A12PRXP6X4OIZ3 |
| 104 | chengjiangwanghui wangluokejiyouxian gongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AB1CPEKBPLOBJ |
| 105 | DISMISSED | DISMISSED | DISMISSED |
| 109 | FREE TOYS-US ★★★★★ (7-12days delivery) | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AP8P9U7MUH70B |
| 111 | GUWOW | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AU3ECW1ALZ5R2 |
| 112 | hengyangshifeifeng maoyiyouxiangongsi | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A22WB3CBN4EI75 |
| 113 | HLAMZ | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1Z00W3YU7BLLI |
| 115 | HoldLove | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1984RUZ27LR26 |
| 117 | jiniubangbang | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AV0ZY3AFILSDP |
| 119 | LIBPOOK | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A15RPQNEZRV6V0 |
| 120 | Liu XX | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A36CSTYN347JHH |
| 123 | DISMISSED | DISMISSED | DISMISSED |
| 124 | DISMISSED | DISMISSED | DISMISSED |
| 125 | DISMISSED | DISMISSED | DISMISSED |
| 126 | songjiahao S | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=ADNPQO87E2BE7 |
| 127 | SUTETLW US | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AP8V3586J182N |
| 129 | USAWenboco | Trademark and Copyright | https://www.amazon.com/sp?seller=A3HN8QOXX07PA5 |
| 132 | Weronikate | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=AYUAYQSGVYKBQ |
| 134 | WOOYONGING | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A2LPXZ33KUF7H2 |

| | | | |
|---|---|---|---|
| 137 | DISMISSED | DISMISSED | DISMISSED |
| 138 | YoYo Fashion-us | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1O1WJOMO2UYY7 |
| 142 | ZOEAST | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1QXSSWQK5W30L |
| 143 | DISMISSED | DISMISSED | DISMISSED |
| 144 | 无锡品涵轩工艺品有限公司 | Trademark and Copyright | https://www.amazon.com/sp?ie=UTF8&seller=A1Z9BWSSCDX6MI |
| 145 | shanghaijiarunma_67 | Trademark and Copyright | https://www.ebay.com/usr/shanghaijiarunma_67 |
| 146 | AS2 Electronics | Trademark and Copyright | https://as2.ae/ |
| 147 | Astyle Store | Trademark and Copyright | https://astyle.store/ |
| 148 | Bigvero | Trademark and Copyright | https://www.bigvero.com/ |
| 149 | GhostTshirt.com | Trademark and Copyright | https://ghosttshirt.com/ |
| 150 | giftsforhappy.com | Trademark and Copyright | https://giftsforhappy.com/ |
| 151 | Hearthtops Store | Trademark and Copyright | https://hearthtops.com/ |
| 152 | Itabedding | Trademark and Copyright | https://itabedding.com/ |
| 153 | Mluton | Trademark and Copyright | https://mluton.com/ |
| 154 | Ninonine Store | Trademark and Copyright | https://ninonine.store/ |
| 155 | oenart | Trademark and Copyright | https://oenart.com/ |
| 156 | Orbisify | Trademark and Copyright | https://orbisify.com/ |
| 157 | quiltblanket | Trademark and Copyright | https://quiltblanket.com/ |
| 158 | San Stores | Trademark and Copyright | https://san-stores.com |
| 159 | sivnow | Trademark and Copyright | https://www.sivnow.com/ |
| 160 | THEHUTSTORE | Trademark and Copyright | https://thehutstore.com/ |
| 161 | Tshirtpugs | Trademark and Copyright | https://tshirtpugs.com/ |
| 164 | aceself | Trademark and Copyright | https://www.temu.com/-m-634418215651779.html |

| | | | |
|---|---|---|---|
| 165 | Awesome Selection KY fun sticker shop | Trademark and Copyright | https://www.temu.com/awesome--ky-fun--m-634418217562582.html |
| 166 | CAI JAI Wall Art | Trademark and Copyright | https://www.temu.com/cai-jai--m-634418219141541.html |
| 169 | TIE HOME | Trademark and Copyright | https://www.temu.com/uk/qi-home-boutique-accessories-m-2007608001309.html |
| 171 | chao wang | Trademark and Copyright | https://www.walmart.com/global/seller/102617260 |
| 172 | Embroly Store | Trademark and Copyright | https://www.walmart.com/global/seller/101567352 |
| 174 | Harmony Fashion | Trademark and Copyright | https://www.walmart.com/global/seller/102481033 |
| 175 | Harmony Personalized Fashion | Trademark and Copyright | https://www.walmart.com/seller/102481830 |
| 176 | huiyunengyuanguanli | Trademark and Copyright | https://www.walmart.com/global/seller/102510015 |
| 177 | QIMENG Party | Trademark and Copyright | https://www.walmart.com/global/seller/102503608 |
| 178 | Startee | Trademark and Copyright | https://www.walmart.com/global/seller/101581984 |
| 181 | Yifanshun | Trademark and Copyright | https://www.walmart.com/global/seller/101653100 |
| 182 | Shenzhen Weida Science And Technology Ltd | Copyright only | https://szwdkj.en.alibaba.com/index.html |
| 183 | AMZTOART | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=A2324QJ3YR8MX8 |
| 189 | JASSINS Direct | Copyright only | https://www.amazon.com/sp?seller=A2BANFRLWSVO9V |
| 190 | OuGuan Ltd | Copyright only | https://www.amazon.com/sp?seller=A2D3UDUU66EHZA |
| 191 | pdldjgnhgrugf | Copyright only | https://www.amazon.com/sp?ie=UTF8&seller=ABRBPJRDLTAOM |

13