IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WARNER BROS. ENTERTAINMENT INC., <br><br> Plaintiff, <br><br> v. <br><br> EVER BRIGHT (SHENZHEN) PACKING CO., LTD. et al., <br><br> Defendants. | Case No. 25-cv-02136 <br><br> **Judge Thomas M. Durkin** <br><br> **Magistrate Judge M. David Weisman** |

### NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Warner Bros. Entertainment Inc. hereby dismisses this action with prejudice as to the following Defendants:

| **Defendant Seller Alias** | **Schedule A Line No.** |
|---|---|
| Style Wings | 78 |
| oenart | 155 |
| Awesome Selection KY fun sticker shop | 165 |

Dated this 25th day of April 2025.

Respectfully submitted,

/s/ Martin F. Trainor
Martin F. Trainor
Sydney Fenton
Alexander Whang
TME Law, P.C.
10 S. Riverside Plaza
Suite 875
Chicago, Illinois 60606
708.475.1127
martin@tme-law.com
sydney@tme-law.com
alexander@tme-law.com

*Counsel for Plaintiff Warner Bros. Entertainment Inc.*

1